# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DOLLAR WORLD DISTRIBUTORS, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1063-Orl-19DAB**

**SPRINT SOLUTIONS, INC. ,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED ORDER ON MOTION TO COMPEL ARBITRATION (Doc. No. 19-2)**
>
> **FILED:** July 31, 2009
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

It is **RECOMMENDED** that the action be **STAYED** pending arbitration and mediation by the parties to this action. It is **RECOMMENDED** that the parties be ordered to arbitrate their dispute in Orlando, Florida pursuant to the American Arbitration Wireless Industry Arbitration Rules and as further set forth in the parties' Dispute Resolution Agreement, unless the parties agree to a different number of arbitrators.

It is **RECOMMENDED** that the parties be ordered, prior to arbitration, to mediate their dispute before a mediator in Orlando, Florida, pursuant to the Commercial Mediation Procedures and Rules of the American Arbitration Association.

Any issues as to fees and costs is deferred subject to presentation to the arbitrator or, if appropriate, to the Court upon completion of arbitration. It is **RECOMMENDED** that the Clerk be **DIRECTED** to close the file administratively and the parties be ordered to file a status report on October 1, 2009 and every 60 days thereafter.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 7, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy