**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DOLLAR WORLD DISTRIBUTORS, INC.,

    Plaintiff,

vs.                                                   CASE NO. 6:09-CV-1063-ORL-19DAB

SPRINT SOLUTIONS, INC.,

    Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22, filed August 7, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 22) is **ADOPTED and AFFIRMED.** The Agreed Order on Motion to Compel Arbitration (Doc. No. 19-2, filed July 31, 2009) is **GRANTED.**

The parties are **ORDERED** to arbitrate their dispute before a mediator in Orlando, Florida pursuant to the American Arbitration Wireless Industry Arbitration Rules and as further set forth in the parties' Dispute Resolution Agreement, unless the parties agree to a different number of arbitrators.

Further, the parties are **ORDERED**, prior to arbitration, to mediate their dispute pursuant to the Commercial Mediation Procedures and Rules of the American Arbitration Association.

This action is hereby **STAYED** pending arbitration and mediation by the parties to this action. Any issues as to fees and costs are **DEFERRED,** subject to presentation to the

arbitrator or, if appropriate, to the Court upon completion of arbitration.

The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this file. The parties shall file a status reports with the Court advising of the status of the mediation and what, if any, further relief is requested in this forum. The status report shall be filed on **October 1, 2009 and every sixty (60) days thereafter.**

**DONE AND ORDERED** at Orlando, Florida, this ___28th___ day of August, 2009.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record